USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WADIH EL-HAGE,

               Movant,

   -against-

UNITED STATES OF AMERICA,

               Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16-cv-3119 (LAK)
(98-cr-1023 (LAK))

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The petitioner, by letter dated March 3, 2019, objects to the conditions of his confinement, which include being housed in solitary confinement and subject to special administrative measures. The Court construes the letter as a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

      The petitioner is incarcerated at ADX Florence in Fremont County, Colorado. Accordingly, the Court hereby transfers the application to the United States District Court for the District of Colorado.

      SO ORDERED.

Dated:     March 20, 2019

                                                     Lewis A. Kaplan
                                             United States District Judge